IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02323-EWN-BNB

PHATRAT TECHNOLOGY, INC.,

Plaintiff,

v.

POLAR ELECTRO, INC.,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised scheduling order, on or before **February 22, 2006**, modified as discussed at the scheduling conference this morning.

IT IS FURTHER ORDERED that the case is set for a settlement conference on **April 26, 2006, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle shall be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must be present in person.) Each party shall submit a Confidential Settlement Statement to my chambers only on or before **April 19, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that a preliminary pretrial conference is set for **August 7, 2006, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit a proposed preliminary pretrial order on or before **July 31, 2006**.

Dated February 9, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge