UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02323-EWN-BNB

PHATRAT TECHNOLOGY, INC.,

    Plaintiff,

vs.

POLAR ELECTRO INC. and
POLAR ELECTRO OY,

    Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

THIS MATTER having come before the Court upon the parties' Stipulated Motion for Dismissal with Prejudice, and the Court, being fully advised in the premises and having found good cause therefore,

HEREBY ORDERS that the Stipulated Motion is granted, and that the Plaintiff's complaint against the Defendants is hereby dismissed with prejudice, and that Defendant Polar Electro Inc.'s counterclaims against the Plaintiff are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 8th day of August, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              Hon. Edward W. Nottingham
                                              United States District Judge